CUNNINGHAM V. WILDE ET AL.

1. **Dower:** LAW GOVERNING ASSIGNMENT OF. The assignment of dower to a widow is governed by the law in force at the time of the death of the husband. Following *Lucas v. Sawyer*, 17 Iowa, 517.

*Appeal from Dubuque District Court.*

WEDNESDAY, JUNE 15.

THE plaintiff brings this action for the assignment of dower in certain lots in the city of Dubuque. She alleges that she was married to John Cunningham, in April, 1840, and that he died in 1880; that in June, 1840, he purchased the lots in question, and they were sold on execution against her husband, October 9th, 1841, but that she never released her right of dower therein.

A demurrer was interposed to the petition, which the court sustained. The plaintiff appeals.

*T. S. & H. E. Wilson,* for appellant.

*McCeney & O'Donnell,* for the appellees.

DAY, J. Appellant's counsel concede that the case of *Lucas v. Sawyer*, 17 Iowa, 517, is adverse to the position which they assume, and in an argument exhibiting much research and earnestness, they ask that that decision be re-examined and overruled. *Lucas v. Sawyer* was decided in

VOL. LVI—24.

1864. It is not a hasty or ill-considered decision, but, upon the contrary, the question is elaborately discussed and deliberately determined. The decision announces a rule of property. For seventeen years it has passed unchallenged by the legislature, and, so far as we are advised, by the profession. It was followed in *Sturdevant v. Norris*, 30 Iowa, 65, and, quite recently, in *Parker v. Small*, 55 Iowa, 732. This seems to be a most fitting occasion for the application of the salutary maxim, *stare decisis et non quieta movere*. The demurrer, in our opinion, was properly sustained.

AFFIRMED.